UNITED STATES DISTRICT COURT    COUNTY OF          INDEX NO: CV 12 1865
                                                   FILED ON:
                                                   DISTRICT: Eastern/New York

*CSX Transportation, Inc.*

vs                                                                    Plaintiff(s)

*Emjay Environment Recycling, LTD*

                                                                      Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:           **AFFIDAVIT OF SERVICE**
                                                    **BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 11, 2012_____, at __1:30pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _____Summons in a Civil Action and Amended Complaint_____, on _____Emjay Environment Recycling, LTD_____,

Defendant in this action, by delivering to and leaving with ___Donna Christie___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section __306 Business Corporation Law__.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by     ☐ Registered or
  ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
  to said defendant at: _____
  Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served:  Approx. Age: __46 years__   Approx. weight: __130 lbs__   Approx. Ht.: __5'5"__
Sex: __female__  Color of skin: __white__  Color of hair: __brown__  Other: _____

Sworn to before me on ____June 12, 2012____

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2014

*[signature]*
Stephen L. Collen
Invoice-Work Order # 1203790